IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT, | No. Misc. 07-80038 CRB |
|     Plaintiff, | **ORDER** |
|   v. | |
| JUDGE MARILYN HALL PATEL, and JUDGE SUSAN ILLSTON, | |
|     Defendants. | |

By Order filed February 15, 2006, the United States District Court for the Northern District of California declared plaintiff Vance S. Elliot a vexatious litigant. He is required to obtain leave of court before filing any new complaints. On January 8, 2007, plaintiff attempted to file five new actions with the Court; in each he seeks to proceed *in forma pauperis*. The Court denied plaintiff leave to proceed in all five cases.

On January 24, 2007, plaintiff filed two new actions. Plaintiff is DENIED leave to proceed in Misc. 07-80038. Plaintiff's claim against two judges of this Court is frivolous. A party may not sue a judge in district court simply because he disagrees with the judge.

**IT IS SO ORDERED.**

Dated: January 31, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80001misc\orderdenyingleave.wpd